**IT IS ORDERED as set forth below:**



**Date: February 16, 2018**

_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No: 17-64154-A998 |
| | ) | |
| Troy Lee Freeman and | ) | Chapter 13 |
| Pamela Denise Freeman, | ) | |
| Debtors. | | |

ORDER AND NOTICE OF HEARING

On February 15, 2018, Debtors filed a Motion to Shorten the Time (Doc. 41) to hear the Debtors' Motion to Approve Settlement and Retain Excess Proceeds (Doc. 40). It is hereby

ORDERED that the motion to shorten time is granted. The hearing on the Debtors' Motion to Approve Settlement and Retain Excess Proceeds is scheduled for hearing on **February 27, 2018 at 10:00 AM in Courtroom 1203**, Russell Federal Building, 75 Ted Turner Drive SW, Atlanta, GA 30303.

ORDERED that debtors' attorney serve notice of the hearing to all the parties and creditors in this case on the date of the entry of this order, and file a certificate of service with the Court within one (1) day.

[END OF DOCUMENT]

Prepared by:

/s/
_____
Dan Saeger
Georgia Bar No. 680628
RICKMAN & ASSOCIATES, PC
1755 North Brown Road, Suite 200
Lawrenceville, GA 30043
(P) 678-500-9546
(F) 678-391-4422
bk@thegeorgialawfirm.earn

## DISTRIBUTION LIST

RICKMAN & ASSOCIATES, PC
1755 North Brown Road, Suite 200
Lawrenceville, GA 30043